1  BENJAMIN B. WAGNER
United States Attorney
2  SAMUEL WONG
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2772

5  Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-112-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| ANDREW WATKINS, | Court: Hon. Troy L. Nunley |
| Defendant. | |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Andrew Watkins, on the other hand, through their respective attorneys, that: (1) the presently set June 26, 2014, status conference hearing shall be continued to August 7, 2014, at 9:30 a.m.; and (2) time from the date of the parties' stipulation, June 24, 2014, through, and including, August 7, 2014, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, to allow defense counsel additional time to prepare his client's defense.

Defense counsel represents that he desires additional time to review discovery, conduct legal and factual research, confer with his client to prepare his client's defense, and explain to his client the ramifications of settling this case versus the risks of proceeding to trial.

Accordingly, the parties stipulate and agree that the Court shall find that: (1) the failure to grant the requested continuance in this case would deny defense counsel reasonable time necessary for

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

1

effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 24, 2014              /s/ William Portanova
                                   _____
                                   WILLIAM PORTANOVA
                                   Attorney for defendant
                                   ANDREW WATKINS
                                   (Per telephone authorization)


Dated:  June 24, 2014              BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Samuel Wong
                          By:      _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time beginning from the parties' stipulation on June 24, 2014, up to and including the August 7, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T 4, to allow defense counsel reasonable time to prepare.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge