WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Andrew Watkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00112-TLN |
| | ) | |
| Plaintiff, | ) | **ORDER EXCUSING** |
| | ) | **DEFENDANT** |
| | ) | **ANDREW WATKINS'** |
| | ) | **APPEARANCE** |
| ANDREW WATKINS, | ) | |
| | ) | Date:   January 15, 2015 |
| Defendant. | ) | Time:  9:30 a.m. |
| _____ | ) | Dept:  The Hon. Troy L. Nunley |

    Upon good cause shown and without objection from the Government, the Court excuses Andrew Watkins' personal appearance at the January 15, 2015 status conference.

**IT IS SO ORDERED.**

Dated:  January 14, 2015

Troy L. Nunley
United States District Judge

1

**PROPOSED ORDER EXCUSING DEFENDANT ANDREW WATKINS' APPEARANCE**