BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
SAMUEL WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW WATKINS, <br><br> Defendant. | CASE NO. 2:14-CR-00112-TLN <br><br> STIPULATION AND PROTECTIVE ORDER RESTRICTING THE DISSEMINATION, DISCLOSURE AND USE OF DISCOVERY DOCUMENTS CONTAINING PROTECTED PRIVATE INFORMATION |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America and defendant Andrew Watkins, through their respective attorneys, that certain discovery documents, to wit: United States Fish and Wildlife Service Report of Investigation No. 6 and all of the attachments thereto (hereafter "Protected Discovery"), will be subject to the conditions set forth in this Protective Order as described below:

1. The United States shall allow defense counsel to inspect unredacted copies of the Protected Discovery.

2. Counsel for defendant shall not provide anyone access, possession, and/or use of the unredacted copies of the Protected Discovery or any information learned from defense counsel's review of the Protected Discovery.

3. In the event that defense counsel desires: (1) copies of the Protected Discovery; or (2) to provide anyone access, possession, and/or use of copies of the Protected Discovery or any

Stipulation and Proposed Protective Order                1

information learned from defense counsel's review of the Protected Discovery, defense counsel shall identify by yellow Post-Its the pages from the Protected Discovery that defense counsel desires copies, or to disclose to anyone else. Absent agreement between the parties regarding the dissemination, use, and/or disclosure of the documents and/or information in the Protected Discovery, defense counsel shall maintain the confidentiality of the Protected Discovery until and unless the Court allows defense counsel to disseminate, use, and/or disclose the documents and/or information in the Protected Discovery.

DATE: January 16, 2015

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

DATE: January 16, 2015

/s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
Andrew Watkins

## ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**:

DATED: January 20, 2015.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE