WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Andrew Watkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00112-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER RE:  MOTION SCHEDULE** |
| ANDREW WATKINS, | ) | |
| | ) | Date:   February 10, 2015 |
| Defendant. | ) | Time:  2:00 p.m. |
| _____ | ) | |

        With the Court's permission, the United States of America and defendant Andrew

Watkins, by and through their undersigned attorneys, hereby stipulate and agree that the

schedule for defendant's Discovery Motion may be revised as follows:

        Defendant's Discovery Motion due date to be continued from 1/22/15 to 1/27/15,

        Government Response due date to be continued from 1/29/15 to 2/3/15,

        Hearing on Motion to be continued from 2/4/15 to 2/10/15 at 2:00 p.m.

//

//

//

//

1

**STIPULATION AND PROPOSED ORDER RE:  DISCOVERY MOTION SCHEDULE**

Aside from this change to the Discovery Motion schedule, all other previously

ordered dates are to remain in effect.

**IT IS SO STIPULATED.**

DATED:  January 22, 2015                    _/s/__*William J. Portanova*_____
                                            WILLIAM J. PORTANOVA
                                            Attorney for Andrew Watkins


                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                                    */s/ Samuel Wong*
DATED:  January 22, 2015          By:    _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney


**IT IS SO ORDERED.**




DATED:  January 22, 2015          _____
                                            Troy L. Nunley
                                            United States District Judge

2

**STIPULATION AND PROPOSED ORDER RE:  DISCOVERY MOTION SCHEDULE**