UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WATKINS,<br><br>　　　　Defendant. | No.  2:14-cr-0112 TLN<br><br><br>ORDER |

On February 10, 2015, this matter came on for hearing regarding defendant's discovery motion (ECF No. 17).  Assistant United States Attorneys Samuel Wong and Richard Bender appeared for the government.  William Portonova and Lily Moallem appeared for the defendant.  Upon review of the filings, arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

　　1. All reports concerning the Endangered Species Act investigation:

　　This request is granted as follows:

　　As to the attachments to Report No. 6 of the ESA investigation, previously reviewed by defendant's counsel, the government will make these documents available to defendant's counsel at a mutually convenient time at the U.S. Attorney's Office, to review again under the terms and conditions of the protective order previously in place.

1

As to the documents in this category not previously turned over to defendant, the government will submit them to the Court within 7 days, Bates-stamped and accompanied by any objections and assertions of privilege, for <u>in camera</u> review.

2. <u>Photos, etc., collected by Special Agent Mann on February 27, 2012</u>:

This request is withdrawn.

3. <u>Special Agent Mann's cell phone records</u>:

This request is granted and denied in part: The government will produce Mann's cell phone records from both his government-issued and personal phones, redacted as to any non-official business (e.g., calls to family), for the dates of February 26, 2012 and February 27, 2012, but not for February 28, 2012.

4. <u>Photos, videos, and recorded audio on Special Agent Mann's cell phone(s)</u>:

This request is granted as follows: To the extent such records exist, the government shall produce them.

5. <u>Criminal History Document</u>:

This request is withdrawn.

6. <u>Copies of cell phone records of Andrew and Kenneth Watkins obtained via Grand Jury subpoena</u>:

This request is withdrawn.

7. <u>Copies of "CLEAR search of telephone numbers"</u>:

This request is denied.

8. <u>All communications regarding authorization of Special Agent Mann to interview potential witnesses in this case</u>:

This request is granted as follows: If written policies exist concerning the recording of interviews, surreptitiously or otherwise, the government will produce copies of these policies. If no such policy exists, the government will inform defendant.

////

////

////

9. <u>Documentation involving authorizing Special Agent Mann to investigate the assault case or assigning Special Agent Burgess to the investigation:</u>

This request is granted as follows:  If written policies exist concerning whether the victim of an incident should or should not be the investigating agent, the government will produce copies of these policies.  If no such policy exists, the government will inform defendant.

10. <u>All data collected by the GPS on Special Agent Mann on February 27, 2012:</u>

This request is denied without prejudice, pending a review by defendant's expert of the data provided to date.

11. <u>The material produced by Kenneth Watkins pursuant to a grand jury subpoena:</u>

This request is denied without prejudice.

12. <u>Miscellaneous USFWS law enforcement forms:</u>

This request is denied.

13. <u>Personnel files of government witnesses:</u>

This request is granted as follows:  The government will produce materials in compliance with <u>Henthorn</u> and <u>Giglio</u> no later than 7 days before trial.

14. <u>Documentation concerning payments or consideration to Arthur Beckwith:</u>

This request is granted as follows:  To the extent any such information exists, the government will produce it.

15. <u>Names and addresses of other Linden property owners about whom Mr. Beckwith provided information.</u>

This request is denied.

16. <u>Report of investigations for all investigations in which Mr. Beckwith provided information:</u>

This request is denied.

17. <u>All survey reports concerning EPA violations in Linden, CA from 2009-2012 in which Mr. Beckwith provided information:</u>

This request is granted as follows: The government will provide any correspondence relating to site visits in January 2010, October 2010, and February 27, 2012.  The request is

otherwise denied.

18. <u>All communications between Andrew and Kenneth Watkins and the USFWS from January 1, 2010 to the present:</u>

This request is denied.

19. <u>Redacted material:</u>

The parties are ordered to meet and confer as to this request, which is denied without prejudice.

IT IS SO ORDERED.

Dated: February 11, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / watkins.disc