BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
SAMUEL WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WATKINS,<br><br>　　　　　Defendant. | CASE NO. 2:14-CR-00112-TLN<br><br>STIPULATION AND PROTECTIVE ORDER RESTRICTING THE DISSEMINATION, DISCLOSURE AND USE OF CERTAIN DISCOVERY DOCUMENTS<br><br>Court:　Hon. Troy L. Nunley |

　　　IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America and defendant Andrew Watkins, through their respective attorneys, that all discovery documents containing previous redactions and/or identified as "Protected Discovery (number)", will be subject to the conditions set forth in this Protective Order as described below:

　　　1.　　The United States shall allow defense team (defined as defense counsel and their investigator, but in no event shall include any member of the Watkins family) to inspect unredacted copies of the Protected Discovery.

　　　2.　　The defense team shall not provide anyone access, possession, and/or use of the unredacted copies of the Protected Discovery or any information learned from the defense team's review of the Protected Discovery.

3. In the event that the defense team desires: (1) copies of the Protected Discovery; or (2) to provide anyone access, possession, and/or use of copies of the Protected Discovery or any information learned from the defense team's review of the Protected Discovery, the defense team shall identify by yellow Post-Its the pages from the Protected Discovery that the defense team desires copies, or to disclose to anyone else. The United States shall provide the protected documents requested by the defense team within 7 days and which will be marked "Protected Discovery (number)". Absent agreement between the parties regarding the dissemination, use, and/or disclosure of the documents and/or information in the Protected Discovery, the defense team shall maintain the confidentiality of the Protected Discovery until and unless the Court allows the defense team to disseminate, use, and/or disclose the documents and/or information in the Protected Discovery.

4. Within 30 days of final judgment in this case, the defense team shall deliver to the United States Attorney's Office all copies of documents containing Protected Discovery for destruction.

DATE: February 18, 2015        BENJAMIN B. WAGNER
                               United States Attorney

                                */s/ Samuel Wong*
                           By: _____
                               SAMUEL WONG
                               Assistant United States Attorney


                               */s/ William J. Portanova*
DATE: February 18, 2015        _____
                               WILLIAM J. PORTANOVA
                               Attorney for Defendant
                               Andrew Watkins

# ORDER

The Court having received, read, and considered the parties' stipulation regarding Protected Discovery, and good cause appearing therefrom, the Court hereby adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED**:

Dated:  February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE