UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WATKINS,<br><br>Defendant. | No. 2:14-cr-0112 TLN<br><br><br><br>ORDER |

Pursuant to the order of the court, documents pertaining to all reports concerning the Endangered Species Act investigation were submitted for <u>in camera</u> review after hearing on defendant's discovery motion (ECF No. 17). Upon review of the documents, Bates stamped "MJ Review 0001-0476," and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. It appears documents Bates stamped "MJ Review 0070-0071" and portions of "MJ Review 0367-0368" (the last four written lines of 0367 to first seven written lines of 0368) are properly subject to disclosure. Within seven days from the date of this order, the government may file objections setting forth specific reasons as to why such disclosure is not warranted. The matter shall thereafter stand submitted.

////

1

      2. It appears from the handwritten annotation on the document Bates stamped "MJ Review 0126" that this document has been turned over to the defendant. The court accepts this representation.

      3. The motion for discovery is denied with respect to the remaining documents submitted for <u>in camera</u> review.

Dated: February 19, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 watkins.disc.icr