UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW WATKINS,<br><br>        Defendant. | No.  2:14-cr-0112 TLN<br><br><br><u>ORDER</u> |

By order filed February 19, 2015, the government was allowed to file objections, within seven days, to disclosure of certain documents. No objections have been timely filed.

Accordingly, IT IS HEREBY ORDERED that defendant's motion for discovery (ECF No. 17) is granted as to the documents Bates stamped MJ Review 0070-0071 and 0367-0368 (last four written lines of 0367 to first seven written lines of 0368).

Dated:  March 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 watkins2.disc.icr

1