UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW WATKINS,<br><br>　　　　Defendant. | No.  2:14-cr-0112 TLN<br><br><br>ORDER |

This matter came on for hearing on March 9, 2015.  The court previously ruled on defendant's motion for discovery (ECF Nos. 17, 22, 30).  Assistant United States Attorneys Samuel Wong and Richard Bender appeared for the government.  William Portonova and Lily Moallem appeared for the defendant.  At the hearing, the parties advised the court of the status of the government's production in compliance with the court's order.[1]  Upon review of the filings, arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

　　1. Statements of Andrew Watkins prior to February 27, 2012:

　　Denied.

/////

---

[1] Matters deemed withdrawn are based on the representations of the government that no such documents exist or that responsive documents which were ordered by the court to be produced have already been produced.

1

2. <u>Digital storage data produced by Kenneth Watkins pursuant to grand jury subpoena:</u>

This matter is taken under submission on the representation that a search warrant will be imminently forthcoming.  By close of business on March 10, 2015, the government shall notify defense counsel of the general timeline regarding inspection of the digital storage data.

3. <u>Sheriff's office audio and CAD reports:</u>

This request is withdrawn.

4. <u>Newly discovered Endangered Species Act investigation files:</u>

This matter is taken under submission pending review of documents submitted for <u>in camera</u> review.  Said documents shall be submitted no later than March 10, 2015.

5. <u>Agent Mann's phone records and phone data:</u>

Denied as moot.

6. <u>Fish and Wildlife correspondence--three binders of ESA reports:</u>

This request is withdrawn.

7. <u>Fish and Wildlife Policies:</u>

This request is withdrawn.

8. <u>Use of unmarked vehicle:</u>

This request is withdrawn.

9. <u>Henthorn request:</u>

Denied as previously ordered.

10. <u>Photos taken by S.A. Mann of February 27, 2012 on McBride's digital camera:</u>

Denied as previously ordered.

11. <u>Watkin's cell phone records:</u>

Denied as previously ordered.

12. <u>Data from the Garmin device and the device itself:</u>

Denied as previously ordered.

13. <u>All documents concerning Arthur Beckwith:</u>

Denied as previously ordered.

/////

14. <u>Site and violation reports based on information provided by Arthur Beckwith:</u>

Denied as previously ordered.

15. <u>Privilege log:</u>

This request is withdrawn.

Dated:  March 9, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 watkins.cr.sta.disc