UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW WATKINS,<br><br>    Defendant. | No.  2:14-cr-0112 TLN<br><br><br><br>ORDER |

    Documents Bates stamped MJ Review 0477-0593 pertaining to defendant's motion for discovery were submitted for <u>in camera</u> review.  The government has also submitted <u>in camera</u> a memorandum regarding certain designated documents.  Upon review of the memorandum and the documents submitted <u>in camera</u>, THE COURT FINDS AND ORDERS AS FOLLOWS:

    1. The Clerk of Court is directed to file under seal the memorandum dated March 11, 2015, which was submitted <u>in camera</u>.

    2. Defendant's motion for discovery (ECF No. 17) is granted as to the document Bates stamped MJ Review 0504.

    3. The court accepts the government's representation that the Sheriff's Office Report contained in documents Bates stamped MJ Review 0479-0484 was previously produced to the defense as Bates stamped nos. 1018-1021, that the letter from the Watkins attorney to the USFWS

1

contained in documents Bates stamped MJ Review 0483-0484 was previously produced to the defense as Bates stamped nos. 1022-1023, and that the voice mail message referenced in MJ Review 0573 was previously produced to the defense as Bates stamped no. 5001.

Dated:  March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 watkins3.disc.icr