WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Andrew Watkins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00112-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **RE:  MOTION SCHEDULE** |
| ANDREW WATKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| ─────────────────────── | ) | |

    With the Court's permission, the United States of America and defendant Andrew Watkins, by and through their undersigned attorneys, hereby stipulate and agree that the schedule for filing of in limine motions may be modified as follows to allow one additional day for the filings and the responses.

    Motions in Limine due date to be continued from 3/26/15 to 3/27/15, and

    Responses due date to be continued from 4/2/15 to 4/3/15.

    The  reply date for in limine motions, the hearing date and all other previously set dates to remain unchanged.

    **IT IS SO STIPULATED.**

1

DATED: March 25, 2015                    _/s/__William J. Portanova_____
                                          WILLIAM J. PORTANOVA
                                          Attorney for Andrew Watkins


                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                               /s/ Richard Bender
DATED: March 25, 2015          By:        _____
                                          RICHARD BENDER
                                          Assistant U.S. Attorney


**IT IS SO ORDERED.**


DATED: March 26, 2015

                                          _____
                                          Troy L. Nunley
                                          United States District Judge

2