UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )        Case No. 2:14-CR-00112-TLN
                                    )
                Plaintiff,          )        ORDER
                                    )
        v.                          )
                                    )
ANDREW WATKINS,                     )
                                    )
                Defendant.          )
_____)

This matter is before the Court pursuant to Defendant Watkins's Motion to Continue Court Dates, Deadlines, and Jury Trial.  (ECF No. 52.)  Defendant requests a continuance due to defense counsel's medical necessity.  Defense counsel explains that due to complications arising from an unanticipated medical procedure his ability to adequately and effectively represent the client and prepare for and conduct jury trial will be substantially impaired.  The Court hereby GRANTS Defendant's Motion to Continue.

IT IS SO ORDERED.

Dated:  April 15, 2015

_____
Troy L. Nunley
United States District Judge

**MOTION FOR CONTINUANCE OF COURT DATES, DEADLINES AND JURY TRIAL**