BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
SAMUEL WONG
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW WATKINS,<br><br>            Defendant. | CASE NO. 2:14-CR-112 TLN<br><br>**ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE: April 20, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

In an Order dated April 15, 2015, the Court granted defense counsel's motion to continue the previously scheduled April 20, 2015 trial based on the temporary unavailability of defense counsel due to illness. The Court did not address the Speedy Trial Act in that Order.

Good cause existing, it is hereby ORDERED, that time under the Speedy Trial Act is excluded from the previously scheduled trial date of April 20, 2015, to the April 30, 2015, status conference pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) [Local Code T1], because the unavailability of defense counsel would make proceeding to trial at this time impossible, and 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4] for continuity of defense counsel and reasonable time to prepare for trial. The Court

//

//

//

1

also finds that the end of justice served by the continuance outweighs the best interest of the public and the defendant in a Speedy Trial.

Dated: April 16, 2015

_____
Troy L. Nunley
United States District Judge