WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Andrew Watkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00112-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING JURY TRIAL** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| ANDREW WATKINS, | ) | |
| | ) | Date:   January 11, 2015 |
| Defendant. | ) | Time:   9:00 a.m. |
| _____ | ) | Dept:   The Hon. Troy L. Nunley |

       With the Court's permission, it is hereby stipulated between the parties, William J.

Portanova, counsel for the defendant herein, and Richard Bender Assistant United States

Attorney, attorney for the plaintiff, that the Jury Trial scheduled for January 11, 2016 at 9:00

a.m. be continued until January 19, 2016 at 9:00 a.m. due to the unavailability of witnesses.

///

///

///

///

///

///

1    In addition, the parties stipulate that the time between January 11, 2016 and January

2    19, 2016 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and

3    local code T4 to give counsel time to prepare.

4    The parties stipulate that the ends of justice to be served by granting this defense

5    request for a continuance outweigh the best interests of the public and the defendant in a

6    speedy trial.

7

8    **IT IS SO STIPULATED.**

9

10   DATED:  September 15, 2015                    /s/ William J. Portanova

11                                                _____
                                                  WILLIAM J. PORTANOVA
12                                                Attorney for Andrew Watkins

13

14   DATED:  September 15, 2015                    /s/ Richard Bender

15                                                _____
                                                  RICHARD BENDER
16                                                Assistant United States Attorney

17   **IT IS SO ORDERED.**

18

19   DATED:  September 16, 2015

20                                                _____
                                                  Troy L. Nunley
21                                                United States District Judge

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE JURY TRIAL
14-CR-00112 TLN