BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
SAMUEL WONG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WATKINS,<br><br>Defendant. | CASE NO. 2:14-CR-112 EFB<br><br>ORDER VACATING TRIAL DATE AND EXCLUDING TIME |

The above defendant was originally Indicted for a felony offense, which case was assigned to the Honorable Troy L. Nunley, U.S. District Court Judge. It was set for trial on January 19, 2016. On January 4, 2016, the defendant pled guilty before the Honorable Edmund F. Brennan, U.S. Magistrate Judge, to a Superseding Information charging the misdemeanor version of the Indictment's felony charge pursuant to a conditional plea agreement entered under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. If the defendant's guilty plea is finally accepted by the Magistrate Judge and the defendant sentenced pursuant to that agreement, the government has agreed to move to dismiss the pending Indictment at the time of sentencing, now scheduled for March 21, 2016. Based on that, and with the agreement of the parties, it is requested that the January 19, 2016 trial date be vacated and time under the Speedy Trial Act between January 4, 2016 and March 21, 2016, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(G)(period of delay resulting from consideration by the court of a proposed

plea agreement) and (h)(7)(A)(ends of justice served continuance outweigh the interest of defendant and the public in a speedy trial).

Dated: January 6, 2016

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ RICHARD J. BENDER
RICHARD J. BENDER
SAMUEL WONG

Assistant United States Attorneys

Dated: January 6, 2016

 WILLIAM PORTANOVA  (by RJB)
WILLIAM PORTANOVA
Attorney for Andrew Watkins

**ORDER**

SO ORDERED.

DATED: January 7, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE