WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Andrew Watkins

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:14-CR-00112-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | **)** | **AND SENTENCING** |
| | **)** | |
| ANDREW WATKINS, | ) | Date:  March 21, 2016 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Dept:  The Hon. Edmund F. Brennan |
| _____ | ) | |

     With the Court's permission, plaintiff United States of America, by and through its counsel, Assistant United States Attorney Richard Bender, and defendant Andrew Watkins, by and through his attorney, William J. Portanova, hereby stipulate that the date for Judgment and Sentencing, now set for March 21, 2016, at 10:00 a.m. be continued to March 28, 2016, at 10:00 a.m. and that the following schedule for disclosure of the Pre-Sentence Report and the filing of objections be adopted:

| | |
|---|---|
| Judgment and Sentencing Date: | March 28, 2016 |
| Reply or Statement of Non-Opposition: | March 21, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and Opposing Counsel: | March 14, 2016 |

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JUDGMENT & SENTENCING
14-CR-00112 EFB

| | |
|---|---|
| Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel: | March 7, 2016 |

This continuance is necessary to allow counsel to discuss certain issues relating to the Pre-Sentence Report. The Pre-Sentence Report filed as final on February 29, 2016 is deemed to be a DRAFT Pre-Sentence Report. The final Pre-Sentence Report shall be filed on March 7, 2016.

**IT IS SO STIPULATED.**

DATED: March 2, 2016                               /s/ William J. Portanova

                                                                             WILLIAM J. PORTANOVA
                                                                             Attorney for Andrew Watkins

DATED: March 2, 2016                               /s/ Richard Bender

                                                                             RICHARD BENDER
                                                                             Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 3, 2016.

                                                                             THE HON. EDMUND F. BRENNAN
                                                                             United States Magistrate Judge