UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Edmund F. Brennan<br>United States Magistrate Judge<br>Sacramento, California | **RE: Andrew Joseph Watkins**<br>**Docket Number:  0972 2:14CR00112-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Andrew Joseph Watkins is requesting permission to travel to Santiago, Chile.  Andrew Joseph Watkins is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On March 28, 2016, Andrew Joseph Watkins was sentenced for the offense of 18 USC 111(a)(1), Assault on a Federal Officer (Class A Misdemeanor).

**Sentence Imposed:**  48 months Probation.

**Dates and Mode of Travel:**  From April 17, 2017, through April 26, 2017. Reservations/Travel Arrangements will be made upon Court approval.

**Purpose:**   Will be travelling with business partner/colleague, Brett Logorio to research the walnut industry; growing, harvesting, processing and sales.

1

**RE:**   **Andrew Joseph Watkins**
    **Docket Number:  0972 2:14CR00112-001**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

/s/ Tim Mechem

TIM D. MECHEM
Supervising United States Probation Officer

Dated:   March 23, 2017
    Fresno, California
    TDM/rmv

/s/ Brian J. Bedrosian

**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
    **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved      ☐   Disapproved

**3/27/17**
**Date**

Edmund F. Brennan
**United States Magistrate Judge**