| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL REDDING<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW JOSEPH WATKINS,<br><br>Defendant. | 2:14-CR-00112-EFB<br><br>STIPULATION REGARDING GOVERNMENT'S REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION PURSUANT TO 18 U.S.C. 3564(c) and [~~PROPOSED~~] ORDER |
|---|---|

**STIPULATION**

1. On July 29, 2019, the defendant filed a Motion for Early Termination Pursuant to 18 U.S.C. 3564(c). Pursuant to Local Rule 144(a), the United States and the Defendant now stipulate to the United States' motion to Extend Time for the Government's Initial Response for twenty-eight (28) days.

2. The incident in this case occurred on February 27, 2012. The defendant was indicted on April 24, 2014. A Superseding Information and Change of Plea occurred on January 4, 2016, and the defendant was sentenced to 48 months of probation on March 28, 2016.

3. Movant's motion now requests early termination of probation. The Assistant United States Attorney who handled this case has since retired. In the time since the government received the motion, the government has attempted to become familiar with the facts of the case and contact the parties involved. The victim has moved out of state, one of the AUSA's has retired, and another is retiring this week. Accordingly, the United States has been unable to

GOVERNMENT'S REQUEST FOR EXTENSION OF TIME

gather all the necessary information to properly respond to this motion.

4. In summary, the government requires additional time to investigate and respond to this motion.
5. Movant, through his attorney, does not oppose this request for an extension.
6. Therefore, the Parties, through their attorneys, hereby stipulate to an extension of 28 days to September 24, 2019, for the government to file its answer to the movant's motion.

IT IS SO STIPULATED.

Dated: August 27, 2019     McGREGOR W. SCOTT
United States Attorney

/s/ MICHAEL W. REDDING
MICHAEL W. REDDING
Assistant United States Attorney

Dated: August 27, 2019     /s/ William J. Portanova
WILLIAM J. PORTANOVA
Counsel for Defendant
ANDREW JOSEPH WATKINS

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 27th day of August, 2019.

THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE